## JOE SMITH V. THE STATE.

No. 10046.   Delivered January 27, 1926.

**Manufacturing Intoxicating Liquor—Appeal Dismissed—On Request of Appellant.**

Upon the written request of the appellant, duly verified by his affidavit, this appeal is dismissed.

Appeal from the Criminal District Court of Dallas County. Tried below before the Hon. Felix D. Robertson, Judge.

Appeal from a conviction for manufacturing intoxicating liquor, penalty two years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is the unlawful manufacture of intoxicating liquor, punishment fixed at confinement in the penitentiary for a period of two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

*Dismissed.*